UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ODEIJAH LEWIS,

                    Plaintiff,

            v.

NEW YORK STATE OFFICE FOR PEOPLE
WITH DEVELOPMENTAL DISABILITIES,
WILLOW BAER, SHERMARKE TANNIS,
SHENA BABB, AIDAN COONEY, and
ANDRISE D. MONGERARD,

                    Defendants.

No. 25-CV-1136 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On April 29, 2025, Defendants filed a motion to dismiss the Amended Complaint. As the Court advised in the parties in its Order of March 10, 2025, this case will be designated for automatic referral under the Court's existing "Alternative Dispute Resolution program of mediation" if the Court denies the pending motion to dismiss. In addition, initial discovery in this case shall be conducted in accordance with the Pilot Discovery Protocols for Counseled Employment Cases ("Discovery Protocols"). A copy of the Discovery Protocols is attached to the Court's prior Order. *See* ECF No. 12.

    No later than May 7, 2025, the parties shall file a joint letter stating (1) whether they agree that the case should be stayed pending resolution of the motion to dismiss and/or (2) whether they request that the Court refer the case at this time to the district's court-annexed mediation program or a magistrate judge for settlement discussions now (and, if so, indicate a preference between the two options).

SO ORDERED.

Dated: April 30, 2025
        New York, New York

_____
Ronnie Abrams
United States District Judge